# United States District Court
## Northern District of Illinois
### Eastern Division

Jolley                                **JUDGMENT IN A CIVIL CASE**

           v.                                    Case Number: 03 C 6782

Taylor, et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Memorandum Opinion and Order is entered. Defendant's motion for summary judgment is granted.

                                                               Michael W. Dobbins, Clerk of Court

Date: 7/18/2005                            /s/ Theresa Hammonds, Deputy Clerk